```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
ELIZABETH GRANT,
                                                                        MEMORANDUM & ORDER
                        Plaintiff,                                      24-CV-4183 (PKC) (LB)

        -against-

115TH PRECINCT, ASPCA, BULCHY'S DEPT.,
PROJECT GUARDIAN, and EDMOND GRANT,

                        Defendants.
----------------------------------------------------------------x
```
PAMELA K. CHEN, United States District Judge:

*Pro se* Plaintiff Elizabeth Grant filed the instant action on June 10, 2024. (Compl., Dkt. 1.) In a July 1, 2024 Memorandum and Order, the Court warned Plaintiff that the future filing of repetitive, vexatious, and frivolous litigation may result in the imposition of an injunction prohibiting her from making future filings seeking *in forma pauperis* ("IFP") status without leave of the Court and denied Plaintiff's request to proceed IFP. (Dkt. 8 at 2–3.) At the same time, the Court granted Plaintiff fourteen (14) days from the date of entry of the Memorandum and Order—that is, until July 15, 2024—to submit a long-form IFP application or pay the filing fee. (*Id.* at 3.) The Memorandum and Order stated that if Plaintiff failed to pay the required filing fee in a timely manner or submit the long-form IFP application, the action would be dismissed without prejudice and without further notice. (*Id.*)

The July 1, 2024, Order was mailed to Plaintiff at her address of record, but it was returned by the United States Postal Service as undeliverable. (Dkt. 9.) On July 23, 2024, Plaintiff called the *Pro Se* Office and requested that the long-form IFP application be mailed to her uncle's home in Pennsylvania. The long-form IFP application was mailed to Plaintiff's uncle's address per Plaintiff's request on the same day she made the request. Since Plaintiff's last contact with the Court, she has failed to file the long-form IFP application or pay the filing fee.

Accordingly, the Court dismisses the action without prejudice.

The Clerk of Court is respectfully directed to close this case and mail a copy of this Order to Plaintiff at her last known address as reflected on the docket and to her uncle's address as provided by Plaintiff.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, *in forma pauperis* status is denied for the purpose of appeal.  *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

    SO ORDERED.

    /s/ Pamela K. Chen  
    PAMELA K. CHEN  
    United States District Judge

Dated: August 22, 2024  
       Brooklyn, New York